FILED

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0524

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0524
_____

MONTANA DEMOCRATIC PARTY,

      Petitioner,

    v.

MONTANA FIRST JUDICIAL DISTRICT
COURT, LEWIS AND CLARK COUNTY,
HON. MICHAEL F. MCMAHON, Presiding,

      Respondent.

                                 O R D E R

_____

Petitioner Montana Democratic Party (MDP) seeks a writ of supervisory control to reverse the First Judicial District Court's September 3, 2024 order denying its request for preliminary injunction. Petitioner seeks an order from this Court declaring, as a matter of law, that the Green Party failed to comply with Montana law in appointing a replacement candidate for U.S. Senate and has thus forfeited the right to have a candidate on the ballot. MDP further requests permanent injunctive relief in favor of MDP by enjoining the State and the Secretary from allowing a Green Party candidate to appear on the ballot for November.

Having reviewed the petition and exhibits, the Court deems it appropriate to invite an expedited response.

IT IS THERFORE ORDERED that the Respondent District Court, the Defendants State of Montana and Secretary of State Christi Jacobsen, Intervenor Robert Barb, or any of them shall have until Monday, September 9, 2024, at 5:00 PM within which to file a summary response to the Petition in accordance with M. R. App. P. 14(7)(a).

The Clerk is directed to provide notice of this Order to all counsel of record in Lewis and Clark County District Court Cause No. BDV-2024-542, and to the Hon. Michael McMahon, presiding District Judge.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
September 4 2024